IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SHAUN BROWN, et al., | ) |
| | ) |
| *Plaintiffs*, | ) Civil No. 1:17-cv-1377 |
| | ) |
| v. | ) Hon. Liam O'Grady |
| | ) Hon. Michael S. Nachmanoff |
| U.S. DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |
| | ) |

## ORDER

This matter comes before the Court on a Report & Recommendation ("Recommendation") from Magistrate Judge Nachmanoff (Dkt. 37). The Recommendation was entered on March 12, 2018. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was March 26, 2018. To date, no objection has been filed. The Court has jurisdiction to rule on the Recommendation now because the Court expressly declined to stay this proceeding pending Plaintiffs' appeal of the Court's order denying their motion for appointment of counsel. *See* Dkt. 4; Dkt. 6.

Thus, after reviewing the record and Judge Nachmanoff's Recommendation, and finding good cause to do so, the Court hereby **APPROVES AND ADOPTS** the Recommendation (Dkt. 37).

The Court notes that Plaintiffs also subsequently filed a Motion to Stay Proceedings Pending Appeal (Dkt. 34). This motion was filed after and despite the fact that the Court

1

explicitly declined to stay this case pending Plaintiffs' appeal. *See* Dkt. 6. The Court therefore **STRIKES** the motion.

It is **SO ORDERED.**

April 17 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge